UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 25-11433-RGS

LINDA VINH

v.

UNITED STATES OF AMERICA

ORDER ON REQUEST TO CORRCT GOVERNMENT RECORDS

August 5, 2025

STEARNS, D.J.

On May 22, 2025, plaintiff Linda Vinh filed this action for Declaratory Judgment asking the court to direct "the United States Citizenship and Immigration Services (USCIS) to issue a corrected Certificate of Naturalization and amend related government records accordingly." Dkt #1 at 1. Vinh represents (and documents) that she was born in Vietnam on January 1, 1959, *see* Dkt #1-2; #1-3. However, her Certification of Naturalization lists her birth date as January 1, 1962, *see* Dkt #1-5, and her Passport lists January 17, 1969, as her date of birth. *See* Dkt #1-4.

On or about December 26, 2024, Vinh submitted Form N-565, Application for Replacement Naturalization/Citizenship Document, to

USCIS, seeking correction of her date of birth on certain government records. For its part, the government stipulates to jurisdiction and takes no position on Vinh's request but asks Vinh to file a new Form N-565 with USCIS, along with any Order issued in this case.

## ORDER

The court finds, based upon the evidence and testimony submitted to this court, that plaintiff Linda Vinh was born in Vietnam on January 1, 1959. To correct the errors in the existing government documents, Vinh must file a new Form N-565 within 14 days of the court's Order (by August 19, 2025), along with a copy of this Order, to engage the prescribed administrative procedure for re-issuance of corrected documents.  The court specifically directs UCSIS to correct Vinh's Certificate of Naturalization and passport to reflect her birth date of January 1, 1959, and to place a copy of this Order in her immigration file.

SO ORDERED.

/s/ Richard G. Stearns_____
UNITED STATES DISTRICT JUDGE